JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. PARKE,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>FELICIA PONCE, Warden,<br><br>　　　　　Respondent. | Case Nos. CV 21-5926-SVW (JEM)<br>　　　　　CR 08-0024-BMM (D. Mont.)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without leave to amend.

DATED: January 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE